**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL IVAN STOBAUGH,

          Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

         Defendant.

No. CV 13-02409 SS

**JUDGMENT**

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order filed in connection with this Judgment.

DATED: March 28, 2014         /S/
                               SUZANNE H. SEGAL
                               UNITED STATES MAGISTRATE JUDGE